# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 094

| | | |
|---|---|---|
| HENDERSON COUNTY HOSPITAL CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| CURLIN MEDICAL, INC., B. BRAUN MEDICAL, INC., and MOOG, INC., | ) ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Grant B. Osborne's Application for Admission to Practice *Pro Hac Vice* of Michael E. Maxwell. It appearing that Michael E. Maxwell is a member in good standing with the New York Bar and will be appearing with Grant B. Osborne, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Grant B. Osborne's Application for Admission to Practice *Pro Hac Vice* (#6) of Michael E. Maxwell is **GRANTED**, and that Michael E. Maxwell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Grant B. Osborne.

Signed: May 28, 2010

Dennis L. Howell
United States Magistrate Judge