# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv94

| | | |
|---|---|---|
| HENDERSON COUNTY HOSPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| CURLIN MEDICAL, INC.; B. BRAUN MEDICAL, INC.; and MOOG, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on review of the status report concerning the results of mediation. In that report, the parties state that this action has settled and that a stipulation of dismissal will be filed by March 31, 2011.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their stipulation of dismissal not later than March 31, 2011.

1

Signed: March 14, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge